UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE WONG, <br><br> Plaintiff, <br><br> v. <br><br> MIKUNI MIDTOWN, LTD.; BRANNON HARPER-KENT; DOES 1-XX, inclusive, <br><br> Defendants. | 2:07-cv-783-GEB-GGH <br><br> ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE AND FED. R. CIV. P. 4(m) NOTICE |

The Joint Status Report filed July 24, 2007 reveals Defendant Brannon Harper-Kent has not yet been served. (JSR at 2.) Therefore, the Status (Pretrial Scheduling) Conference set for August 13, 2007 is continued to October 1, 2007, at 9:00 a.m. A further joint status report shall be filed no later than fourteen days prior to the status conference.[1]

Plaintiff is hereby notified that Defendant Harper-Kent may be dismissed without prejudice under Federal Rule of Civil Procedure 4(m) if Defendant Harper-Kent is not served by August 23, 2007. To avoid dismissal, a proof of service shall be filed for Defendant Harper-Kent no later than August 27, 2007.

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

1    If Plaintiff believes she has good cause to justify
2 extension of Rule 4(m)'s 120-day service period for Defendant Harper-
3 Kent, she shall file a declaration no later than August 23, 2007
4 showing "good cause" for the extension.
5    IT IS SO ORDERED.

Dated:  August 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge